# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00030-CR

**Jamie Marie Morris, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-07-206623, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jamie Marie Morris seeks to appeal her conviction for aggravated assault. The trial court has certified that this is a plea bargain case and Morris has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). We also note that the pro se notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a)(1).

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:  February 25, 2009

Do Not Publish